UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GRIFFIN,<br><br>              Petitioner,<br><br>   v.<br><br>RON E. BARNES,<br><br>             Respondent. | Case No. CV 14-01012 BRO (RAO)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Petition, all of the records and files herein, and the Magistrate Judge's Interim Report and Recommendation. Further, the Court has engaged in a *de novo* review of those portions of the Interim Report to which Petitioner's Objections were directed. The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

     IT IS ORDERED that Grounds Four through Nine of the Second Amended Petition are dismissed with prejudice.

///

///

///

///

1  IT IS FURTHER ORDERED that Respondent shall file and serve an Answer
2  to Grounds One through Three of the Second Amended Petition within 45 days of
3  the date of this Order.
4  IT IS SO ORDERED.

DATED: January 17, 2017

By: _____
Honorable Beverly R. O'Connell
United States District Court Judge