`                                                                          JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DONALD GRIFFIN,** | No. LA CV 14-01012-VBF-RAO |
| Petitioner, | |
| v. | **FINAL JUDGMENT** |
| RON E. BARNES, | |
| Respondent. | |

Pursuant to this Court's January 17, 2017 Order Denying Grounds 4-9 of the Second Amended Habeas Petition (CM/ECF Document 51) and this Court's February 15, 2018 Order Adopting the R&R, Denying the Remainder of the Habeas Petition, and Dismissing this Action With Prejudice (Doc 69), **final judgment is hereby entered in favor of respondent and against petitioner Donald Griffin.**

*Valerie Baker Fairbank*

DATED: February 16, 2018   _____

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE